UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-4-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HEMZA MENADE LEFSIH | ) | |

For good cause shown, the government's Motion For Immediate Issuance Of Arrest Warrant To Preserve Status Quo is hereby GRANTED. The Clerk is directed to issue a warrant for Defendant's arrest.

SO ORDERED.

This the 21 day of August, 2017.

Hon. Terrence W. Boyle
United States District Judge