UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-0004-BR-1

| |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| HEMZA MENADE LEFSIH | |

This matter is before the court on defendant's motion to seal his response to the government's motion for immediate issuance of arrest warrant. For good cause shown, the motion is GRANTED IN PART and DENIED IN PART. The Clerk is DIRECTED to maintain under seal only Exhibit A (one page from defendant's presentence report) to the subject response. Defendant's response and all other exhibits shall be filed publically.

This 25 September 2017.

                                                                             W. Earl Britt
                                                                            Senior U.S. District Judge