UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-4-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HEMZA MENADE LEFSIH | ) | |

This motion is before the court on the government's motion to reinstate Counts One and Three of the Superseding Indictment. Defendant has not filed a response to the motion. For good cause shown, the motion is hereby GRANTED. This case shall proceed as to all four counts of the Superseding Indictment.

This 13 October 2017.

                                                      W. Earl Britt
                                                     Senior U.S. District Judge