UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-0004-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL OF RECORD |
| | ) | |
| HEMZA MANADE LEFSIH | ) | |

NOW COMES the undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order allowing her to withdraw as counsel of record in the above referenced case. Undersigned counsel respectfully shows unto this Honorable Court the following in support of this motion:

1. The Defendant was indicted on January 5, 2016.

2. Thereafter, the case went to trial on April 27, 2016 in front of the Honorable Terrence W. Boyle and ended on April 28, 2016.

3. On June 2, 2016, the case was appealed to the Fourth Circuit Court of appeals and then subsequently vacated and remanded on September 19, 2017.

4. Therefore, undersigned counsel made an appearance on this matter on September 20, 2017.

5. Since then, undersigned counsel has received voluminous discovery and has in her own research and review of the discovery uncovered that there is a conflict which makes it imperative that undersigned counsel now withdraw from this case in order to ensure that there are no ethical violations.

6. Undersigned counsel has discussed this motion and its reason at length with Mr. Lefsih and he is in full agreement with the motion.

7. Undersigned counsel has consulted with the Assistant United States Attorney, Sebastian Kielmanovich, and he has no objection to the undersigned counsel's motion to withdraw as counsel of record.

WHEREFORE, the undersigned counsel respectfully moves this Honorable Court for an order allowing her to withdraw as counsel of record for Hemza Manade Lefsih.

Respectfully submitted this 20th day of November, 2017.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
Panel Attorney
434 Fayetteville Street, Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
nardine@guirguislaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States by electronic transmission as indicated below:

>Sebastian Kielmanovich
>Assistant United States Attorney
>Sebastian.kielmanovich@usdoj.gov
>310 New Bern Ave., Suite 800
>Raleigh, North Carolina 27601-1461

This 20th day of November, 2017.

>GUIRGUIS LAW, PA
>
>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis
>Panel Attorney
>434 Fayetteville Street, Suite 2140
>Raleigh, North Carolina 27601
>Telephone: (919) 832-0500