IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-4-BR

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HEMZA MANADE LEFSIH | ) | |

This matter is before the court on defendant's 30 October 2017 *pro se* request for return of paperwork related to the instant criminal case and his immigration proceedings. (DE # 130.) The government filed a response to the motion stating that defendant's criminal paperwork has been mailed to him at the detention facility where he is in custody. (DE # 131.) The government further states that defendant's immigration paperwork will be mailed to defendant's former counsel and that she agreed to transfer that paperwork to defendant's newly appointed counsel. (Id.) Because defendant has by now apparently received his paperwork, the request is DENIED as moot. If defendant has not in fact received his paperwork, defense counsel should file an appropriate motion on defendant's behalf.

This 19 January 2018.

_____
W. Earl Britt
Senior U.S. District Judge