# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

HEMZA MENADE LEFSIH

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:16-CR-4-1BR

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_

Signature of Judge

W. EARL BRITT, SENIOR U.S. DISTRICT JUDGE

Name of Judge      Title of Judge

5/8/2018

Date